# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SEAN P. MCGRATH,<br>    *Plaintiff*,<br><br>v.<br><br>KYLEIGH BREWER,<br>INDIVIDUALLY AND AS<br>EXECUTOR OF THE ESTATE OF<br>JOHNNY D. COPE, DECEASED;<br>JONATHAN PATRICK COPE,<br>JOHN 1-10 DOES,<br>    *Defendants*. | MO:23-CV-00150-DC |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 29), Defendants' Motions to Dismiss are granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendants' Motions to Dismiss be **GRANTED.**

It is also **ORDERED** that Plaintiff Sean McGrath's claims of Fraud, Civil Conspiracy, and violation of the New Mexico Uniform Securities Act against the Estate be **DISMISSED** with prejudice.

It is also **ORDERED** that Plaintiff Sean McGrath's claims of Fraudulent Transfer under Texas's Uniform Fraudulent Transfer Act and Civil Conspiracy against the Estate, J.P. Cope, and Brewer be **DISMISSED** with prejudice.

It is also **ORDERED** that Plaintiff Sean McGrath's claims violation of the New Mexico Unfair Practices Act against the Estate be **DISMISSED** without prejudice for lack of standing.

It is also **ORDERED** that any pending motions be **DENIED** as **MOOT** and that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 28th day of March, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE